Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE: §
§
§
Thomas Lee Barrells § Case No.09-70073-HdH-13
§
Debtor §

MOTION TO SELL SECURED PROPERTY FREE AND CLEAR OF LIENS

Comes now Debtor, Thomas Lee Barrells, and respectfully shows the Court the following:

1. Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on February 26, 2009.
2. Debtor received a loan from Wells Fargo Home Mortgage for the purchase of 808 Mohawk, Burkburnett, Wichita County, TX further described as Lot 5, Block 7, Janlee Heights 6.
3. Debtor has scheduled Wells Fargo Home Mortgage as a secured creditor on Schedule D of the petition and has treated Wells Fargo Home Mortgage as a secured creditor in the Chapter 13 Plan;
4. Debtor wishes to sell the house and apply the proceeds of such sale to the principle debt owing Wells Fargo Home Mortgage in the approximate amount of $127,000.00 , and;
5. Debtor has located a buyer and an agreement has been reached to sell the house for $139,000.00. Said agreement is attached as EXHIBIT A.
6. Debtor requests that the Court grant permission to pay such expenses of sale as set forth in the said attached agreement (EXHIBIT A).
7. Debtor requests permission to pay, at the time of closing, the amount of $400.00 for the preparation and filing of this motion.

FOR THESE REASONS, Debtor requests an order allowing the sale of real property located at 808 Mohawk, Burkburnett, Wichita County, TX, that Wells Fargo Home Mortgage 's lien attach to the proceeds of the sale pending distribution, that costs of sale be paid as per the contract at closing, that taxes be prorated to and paid at the time of closing, that the Trustee be provided a copy of the closing statement that attorney fees in the amount of $400.00 are approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

/s/Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on December 10, 2009, a true and correct copy of the foregoing was served on all parties on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White

```
Label Matrix for local noticing        1100 Commerce street                BURKBURNETT INDEPENDENT SCHOOL DISTRICT
0539-7                                  Room 1254                          CO PERDUE BRANDON FIELDER COLLINS & MOT
Case 09-70073-hdh13                     Dallas, TX 75242-1305              PO BOX 8188
Northern District of Texas                                                 WICHITA FALLS TX 76307-8188
Wichita Falls
Wed Dec  9 11:35:43 CST 2009

Chase Bank USA NA                       City of Burk-ISD-Wichita County    ECast Settlement Corporation
PO BOX 15145                            CO Harold Lerew                    Bass & Associates, P.C.
Wilmington DE 19850-5145                PO Box 8188                        3936 E. Ft. Lowell Rd., Suite No. 200
                                        Wichita Falls, TX 76307-8188       Tucson, AZ 85712-1097


Elan Financial Service-TCCU             (p)US BANK                         HSBC Bank Nevada, N.A.
777 E Wisconsin Ave                     PO BOX 5229                        eCAST Settlement Corporation
Milwaukee, WI 53202-5300                CINCINNATI OH 45201-5229           CO Bass & Associates, P.C.
                                                                           3936 E. Ft. Lowell Rd, Suite 200
                                                                           Tucson, AZ 85712-1083


HSBC Best Buy                           Hardeman County Memorial  Hospital IRS Special Procedures
Attn: Bankruptcy                        P.O.Box 90                         1100 Commerce St., Room 951
PO Box 6985                             Quanah,Tx 79252-0090               Mail Stop 5029 DAL
Bridge Water, NJ 08807-0985                                                Dallas, TX 75242-1001


Monte J. White & Associates             PRA Receivables Management LLC     Portfolio Recovery Associates, LLC.
1106 Brook Ave                          PO Box 41067                       PO Box 41067
Wichita Falls TX 76301-5009             Norfolk, VA 23541-1067             Norfolk VA 23541-1067


Teresa Barrells                         Texoma Community Cr Un             WICHITA COUNTY & CITY OF BURKBURNETT
5429 Carlson                            Po Box 1320                        CO PERDUE BRANDON FIELDER COLLINS & MOT
Wichita Falls, TX 76302-5140            Wichita Falls, TX 76307-1320       PO BOX 8188
                                                                           WICHITA FALLS TX 76307-8188


Washington Mutual - Providian           Wells Fargo Bank N.A.              Wells Fargo Bank, N.A.
Attn: Bankruptcy Dept.                  P.O. Box 829009                    PO BOX 829009
PO Box 10467                            Dallas, Texas 75382-9009           Dallas, TX 75382-9009
Greenville, SC 29603-0467


Wells Fargo Hm Mortgag                  eCast Settlement Corporation       Monte J. White
Attention:  Bankruptcy Department  MAC-X CO Bass & Associates, P.C.        Monte J. White & Associates, P.C.
3476 Stateview Blvd                     3936 E. Ft. Lowell Rd., Suite No. 200  1106 Brook Avenue
Fort Mill, SC 29715-7203                Tucson, AZ 85712-1097              Wichita Falls, TX 76301-5009


Thomas Lee Barrells                     UST U.S. Trustee                   Walter 12,13 OCheskey
PO Box 735                              1100 Commerce Street               6308 Iola Avenue
Holliday, TX 76366-0735                 Room 976                           Lubbock, TX 79424-2735
                                        Dallas, TX 75242-1011
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Elan Financial Services
Bankruptcy Department
PO Box 5229
Cincinnati, OH 45201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27